IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ELINA EASTWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:06-cv-00164 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| THE INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant, ) | |

## UNITED STATES' MOTION TO STAY CASE

The United States respectfully requests that the Court stay this case. As grounds in support of this motion, the United States contends that one or more of the critical witnesses in this civil action are now under criminal investigation relating to facts that are common to this civil case. A memorandum of law and declarations in support

//

//

//

//

//

//

//

//

//

2920784.1

of this motion are being filed contemporaneously under seal.

DATE: December 19, 2007.

Respectfully submitted,

JAMES R. DEDRICK
United States Attorney

SUZANNE H. BAUKNIGHT
Assistant United States Attorney

*/s/ Jennifer L. Best*
JENNIFER L. BEST
ANNE E. BLAESS
BRITTNEY N. CAMPBELL
Trial Attorneys, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0714
E-mail: jennifer.best@usdoj.gov